IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN
DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WILLIAM LEE GRANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-00173(RDA/IDD) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This MATTER is before the Court on Plaintiff's Motion to Drop Central Intelligence Agency and Special Collection Service as Defendants and Add Six Known Members of the United States Department of Defense as Defendants Pursuant to Fed. R. Civ. P. 21 [Dkt. No. 42], Plaintiff's Motion to Drop Central Intelligence Agency and Special Collection Service as Defendants and Add Assistant U.S. Attorney Gregory K. Harris as Defendant Pursuant to Fed. R. Civ. P. 21 [Dkt. No. 48], and Plaintiff's Motion to Add James A. Baker III, in his Official Capacity as a (Former) Federal Officer, as Defendant Pursuant to Fed. R. Civ. P. 21 [Dkt. No. 51]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. It is hereby

**ORDERED** that the Motions are **DENIED as moot** pursuant to the Court's January 7, 2021 Order granting Defendants' Motion to Dismiss [Dkt. No. 50]. It is further

**ORDERED** that Plaintiff refrain from filing motions in this case, which has been dismissed with prejudice.

1

The Clerk is directed to forward copies of this Order to the Plaintiff and to all counsel of record.

ENTERED this 15th day of January 2021.

                                                                 /s/ Ivan D. Davis
                                                                 Ivan D. Davis
                                                                 United States Magistrate Judge

Alexandria, Virginia